# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | CASE NO. 14-51903 |
| SHAWN D. SCHONAUER and<br>CANDACE C. SCHONAUER | ADVERSARY NO. 15-5003 |
| | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor | |
| | JUDGE ALAN M. KOSCHIK |
| HAROLD A. CORZIN, TRUSTEE<br>Commonwealth Square<br>304 N. Cleveland-Massillon Road<br>Akron, OH 44333 | |
| Plaintiff | |
| | AMENDED |
| vs. | COMPLAINT |
| SHAWN D. SCHONAUER<br>1421 Home Avenue<br>Akron, OH 44310 | |
| and | |
| CANDACE C. SCHONAUER<br>1417 Home Avenue<br>Akron, OH 44310 | |
| and | |
| JOHN W. SCHONAUER<br>1417 Home Avenue<br>Akron, OH 44310 | TYPE: DETERMINATION OF LIEN,<br>CLAIM, OR OTHER INTEREST;<br>VALIDITY, PRIORITY, AND<br>AMOUNTS |
| and | |
| PNC BANK, N.A.<br>Attn: Officer<br>1810 Buchholzer Blvd<br>Akron, OH 44310 | |
| and | |

| | ) |
|---|---|
| **STATE OF OHIO** | ) |
| **Department of Taxation** | ) |
| **30 East Broad Street** | ) |
| **Columbus, OH 43215** | ) |
| | ) |
| | ) |
| **Defendants** | ) |

Now comes Harold A. Corzin, Trustee, the plaintiff herein, and, for his causes of action against the defendants, states as follows:

## I - JURISDICTION AND PARTIES

1. This court has jurisdiction over the within adversary proceeding pursuant to 28 USC § 1334 and 28 USC § 157 and the claims set forth herein are core proceedings within the meaning of the United States Bankruptcy Code.

2. The plaintiff, Harold A. Corzin, Trustee, is the duly appointed, qualified, and acting trustee for the debtors, Shawn D. Schonauer and Candace C. Schonauer.

3. The defendants, Shawn D. Schonauer and Candace C. Schonauer, are debtors in bankruptcy having filed her petition seeking relief under Chapter 7 of the United States Bankruptcy Code on the 22nd day of July, 2014.

4. The defendant, John W. Schonauer, is an individual and a resident of Summit County, Ohio.

5. The defendant, PNC Bank, is a financial institution authorized to do business in the State of Ohio.

6. The defendant, the State of Ohio, Department of Taxation is a governmental unit.

## II - FIRST CLAIM FOR RELIEF

7. That the defendant, Shawn D. Schonauer and Candace C. Schonauer, are the record

title holders of an interest in property known for mailing purposes as 1421 Home Avenue, Akron, OH 44310 and 1417 Home Avenue, Akron, OH 44310, and more particularly described in Exhibits A & B attached hereto and incorporated herein by reference as if rewritten in full.

8. That such property constitutes property of the estate of the debtor.

9. That in order to administer staid property, it is necessary that the liens, claims or other interests of all parties in and or to said properties described in exhibits A and B be determined.

10. That the defendants, Shawn D. Schonauer, Candace C. Schonauer, John W. Schonauer, PNC Bank, and the State of Ohio Department of Taxation have, or may claim to have, some interest in said properties and should be required to set forth such interest or be forever barred.

WHEREFORE, plaintiff prays that this court enter its order declaring and determining the right, title, and interest of all parties to this proceeding in an or to the real estate described in exhibits A and B attached hereto and for such other and further relief as is just and proper.

GIBSON & LOWRY

/s/ Michael J. Moran
Michael J. Moran          (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
moranecf@yahoo.com

EXHIBIT A

✱ MAIL TO:

# Know All Men by these Presents

That, John W. Schonauer, ~~a widow,~~ a divorced man the Grantor, for divers good causes and considerations thereunto moving, and especially for the sum of Ten Dollars ($ 10.00) received to his full satisfaction of

### Shawn Schonauer and Candace Schonauer, a married couple

have Given, Granted, Remised, Released and Forever Quit-Claimed, and do by these presents absolutely give, grant, remise, release and forever quit-claim unto the said grantee, his heirs and assigns forever, all such right and title as his, the said grantor, have or ought to have in and to the following described piece or parcel of land:

Situated in the Township of Akron, County of Summit and State of Ohio:

And known as being a part of Lot 4, Tract 5 of Tallmadge Township, and bounded and described as follows:

Beginning at a point in the center line of Home Avenue at the southwest corner of a one acre parcel of land conveyed by Maurice Betts to Albert and Sarah Hogue by deed recorded in Volume 195, Page 563 of Summit County Records, said point being also about 4 chains and 4-1/3 links south along said Home Avenue form the north line of said Lot 4; thence south 11 deg. 20 minutes west along the center line of Home Avenue a distance of one chain 25 1/2 links to a point; thence south 87 deg. 44 minutes east a distance of 8 chains and 7 links to a point; thence north 2 deg. 53 minutes east a distance of 1 chain and 25 links to the southeast corner of Hogue Parcel; thence north 87 deg. 44 minutes west a distance of 7 chains and 87 links to the center line of Home Avenue and the place of beginning and containing one acre of land.

EXCEPTING THEREFROM

Situated in the City of Akron, County of Summit and State of Ohio: and known as being a part of Lot 4, Tract 5, formerly Tallmadge Township and more fully described as follows:
Beginning at the southwest corner of Sublot 4 in the Viaduct Park Allotment No. 1, as recorded in Plat Book 25, Page 34 of Summit County Records of Plats; Thence southwesterly along the existing easterly line of Home Avenue S 11 deg. 40' 00" W (bearings referenced to said Viaduct Park Allotment) 86.85 feet to the northwesterly corner of land owned by James E. Monroe (Deed Volume 5309, Page 313) and the True Place of Beginning for the land herein described;

Thence southeasterly along the northerly line of said Monroe land, S. 87 deg 47' 28" E 7.43 feet to a number five rebar set (capped City of Akron, Engineering);

55485197
Pg: 1 of 3
10/03/2007 11:31A
John A Donofrio, Summit Fiscal Officer



S/A

# Know All Men by these Presents

That, John W. Schonauer, ~~a widow,~~ *a divorced man* the Grantor, for divers good causes and considerations thereunto moving, and ~~especially~~ for the sum of Ten Dollars ($ 10.00) received to his full satisfaction of

**Shawn D. Schonauer and Candace Shonauer, a married couple**

have Given, Granted, Remised, Released and Forever Quit-Claimed, and do by these presents absolutely give, grant, remise, release and forever quit-claim unto the said grantee, his heirs and assigns forever, all such right and title as his, the said grantor, have or ought to have in and to the following described piece or parcel of land:

Situated in the ~~Township~~ *City* of Akron, County of Summit and State of Ohio:

And known as being part of original Lot No. 4, in Tract 5, Tallmadge Township, and bounded and described as follows:

Beginning at the intersection of the center line of Home Avenue with the North line of Lot No. 4, Tallmadge Township; thence South 11° 20' West along the center line of Home Avenue a distance of 349.69 feet to the true place of beginning; thence South 11° 20' West along the center line of Home Avenue a distance 27.82 feet to a point; thence South 80° 51' East a distance of 149.78 feet to a point; thence South 87° 44' East a distance of 92.50 feet to a point; thence North 2° 11' East a distance of 7.08 feet to a point; thence South 87° 44' East a distance of 293.92 feet to a point; thence North 2° 53' East a distance of 39.18 feet to a stake; thence North 87° 44' West a distance of 532.62 feet to the center line of Home Avenue, the place of beginning;

Reserving to the previous grantors, Dean M. Culp and Shirley A. Salmon, from the above described premises a strip of land five feet in width along the southerly side of said property to be used jointly with a five foot strip of land along the northerly side of the property abutting on the south to form a ten foot strip to be used in common and jointly maintained by the stated parties, for driveway purposes. The above driveway description is also described in Deed Volume 4126, Page 216 of the Summit County Records.

Property also known as: 1417 Home Avenue, Akron, OH 44310

Permanent Parcel No. 67-20950

Routing No. 02-01631-01-039

Description approved by Tax Maps
Approval good for 30 days from
6-3-07

55485198